BRACEWELL *v.* COLEMAN *et al.*

ATKINSON, Presiding Justice. 1. "An owner of land sold at public auction under a power of sale in a security deed has a right to come into equity whenever it appears that the purchaser made untrue representations whereby other persons were prevented from bidding, and by which the land was obtained at an undervalue." *Carr* v. *Graham*, 128 *Ga.* 622 (57 S. E. 875). See *Rives* v. *Lawrence*, 41 *Ga.* 283; *Dowling* v. *Doyle*, 149 *Ga.* 727 (2) (102 S. E. 27); *Bailey* v. *Turner*, 150 *Ga.* 823 (105 S. E. 471); *Broadwell* v. *Smith*, 152 *Ga.* 161 (108 S. E. 609).

2. The allegations of the petition in the instant case, to the effect that the defendant advised against selling the property for $500 at private sale in order to pay the debt of $149, and, having agreed to sell for the benefit of petitioner and himself, told a named prospective purchaser of such agreement and that it would be best for such purchaser and petitioner not to attend the sale, that defendant bid in for $300 the property which was immediately sold for $500, and refused to carry out his agreement, are sufficient as against a general demurrer, to show a cause of action for equitable relief. The judge erred in sustaining the general demurrer to the petition and in dismissing the action.

*Judgment reversed. All the Justices concur.*

No. 13396. OCTOBER 16, 1940.

*C. C. Crockett,* for plaintiff.   *R. Earl Camp,* for defendants.